CARTER, VANNUCCI & MOMSEN, LLP
BRIAN S. MOMSEN, ESQ. #154235
169 MASON STREET, SUITE 100
POST OFFICE BOX 1709
UKIAH, CALIFORNIA 95482
Telephone: (707) 462-6694
Facsimile: (707) 462-7839

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G. JR., by and through his Guardian Ad Litem KATHERINE ELLIOTT,<br><br>v.<br><br>COUNTY OF MENDOCINO, et al.<br><br>Respondents. | Case No. C 06-03342 WHA<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME [LOCAL RULE 6.2] |

**RECITALS**

1. The parties have had difficulty scheduling depositions in this matter due to the health of plaintiff's counsel, the schedules of the attorneys and witnesses, and the unwillingness of third party witnesses from the Mendocino County Department of Social Services and the Mendocino County Public Defender's Office to produce relevant documents at depositions without a court order compelling such production.[1]

2. The parties anticipate that the witnesses yet to be deposed may identify additional witnesses and documents not yet known to the parties, which may create the necessary for further depositions and the service of document subpoenas to third parties. Since the parties

---

[1] In recent weeks, plaintiff's counsel has had an emergency room visit and two surgical procedures regarding kidney stones that caused scheduled depositions to be postponed.

STIPULATED REQUEST FOR ORDER CHANGING TIME - Case No. C 06-03342 WHA

-1-

have not yet deposed all of the percipient witnesses who may testify at trial, disclosure of topics requiring expert testimony, and the names and credentials of the experts the parties intend to use at trial, is premature.   The parties would rather make such disclosures after the percipient witness depositions have been completed.

### STIPULATION

In consideration of the foregoing Recitals, the parties, by and through their respective attorneys, hereby stipulate as follows:

1. All discovery cutoffs, expert and non-expert, stated in the court's Case Management Order of September 21, 2006, shall be continued 30 days.  The new cutoff date shall be as follows:

    a.    Non-expert discovery cutoff – May 27, 2007

    b.    Last day for designation of expert testimony and disclosure of full expert reports – May 27, 2007

2. All remaining dates and time frames set forth in the September 21, 2006, Case Management Order shall remain in effect.

Dated: 4/16, 2007                    CARTER, VANNUCCI & MOMSEN, LLP

BY _____
    Brian S. Momsen, Esq.
    Attorneys for Plaintiff

Dated: 4-26, 2007

BY _____
    Doug Losak, Esq.
    Attorneys for Defendant County of Mendocino

STIPULATED REQUEST FOR ORDER CHANGING TIME - Case No. C 06-03342 WHA

-2-

**ORDER**

Good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that the non-expert discovery cutoff and the last day for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) shall be continued 30 days, or until May 27, 2007. All remaining dates and time frames set forth in the Court's Case Management Order of September 21, 2006, remain in effect.

14

Dated: May 1, 2007

_____
William Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

---

STIPULATED REQUEST FOR ORDER CHANGING TIME - Case No. C 06-03342 WHA

-3-