**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9
10

J.G., Jr., by and through his Guardian Ad
11  Litem, Katherine Elliott

No. C 06-3342 WHA   (JL)

12          Plaintiffs,

**FURTHER**
SETTLEMENT CONFERENCE AND
SETTLEMENT CONFERENCE ORDER

13       v.

14  County of Mendocino, et al.,

15          Defendants.
    _____/

16

17          TO ALL PARTIES AND COUNSEL OF RECORD:

18          PLEASE TAKE NOTICE that a further settlement conference has been scheduled

19  for **Friday, August 10, 2007 at 10:00 a.m.**, before Magistrate Judge James Larson.  The

20  Settlement Conference shall take place in Judge Larson's chambers, located at the Federal

21  Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

22          **Please provide directly to the magistrate judge *two copies* of an updated**

23  **Confidential Settlement Conference Statement which should be lodged with**

24  **chambers and should not be filed with the Clerk of the Court or served upon other**

25  **parties.**

26          The parties shall notify Magistrate Judge Larson's chambers immediately if this case

27  settles prior to the date set for settlement conference.

28

SETTLEMENT CONFERENCE NOTICE          1

1   DATED:   August 1, 2007

2

3                                              _____
                                               JAMES LARSON
4                                              Chief Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

SETTLEMENT CONFERENCE NOTICE          2