CARTER, VANNUCCI & MOMSEN, LLP
BRIAN S. MOMSEN, ESQ. #154235
444 NORTH STATE STREET
POST OFFICE BOX 1709
UKIAH, CALIFORNIA 95482
Telephone:   (707) 462-6694
Facsimile:    (707) 462-7839

Attorneys for: Plaintiff

FILED

AUG 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G. JR., by and through his Guardian Ad Litem KATHERINE ELLIOTT,<br><br>v.<br><br>COUNTY OF MENDOCINO, et al.<br><br>Respondents. | Case No. C 06-03342 WHA<br><br>ORDER APPROVING COMPROMISE OF PENDING ACTION FOR MINOR |

Plaintiff Jeremy Gillespie, Jr., a minor, has petitioned the court for approval of a proposed compromise of a disputed claim arising out of the death of his father, Jeremy Gillespie Sr., at the Mendocino County Jail on or about January 22, 2005.

The terms of the settlement are that Jeremy Gillespie Jr. will receive a total payment from defendants of $95,000. $60,000 of this total will be used to purchase an annuity with Allstate Financial, that will make lump sum payments to Jeremy Gillespie Jr. when he reaches the ages of 18, 21, and 25. The remaining $35,000 shall pay Jeremy Gillespie, Jr.'s attorney's fees and costs.

Good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. The petition is granted and the proposed compromise of the action is approved. The gross amount or value of the settlement in favor of Jeremy Gillespie Jr. is $95,000.

2. Sixty Thousand ($60,000) of this total shall be used to purchase the aforementioned

ORDER APPROVING COMPROMISE OF PENDING ACTION FOR MINOR - Case No. C06-03342 WHA

1

1  annuity.

2      3. Thirty-Five Thousand ($35,000) of this total shall be used to pay Jeremy Gillespie, Jr.'s

3  attorney's fees and costs.

4      4. The petitioner is authorized and directed to execute any and all documents reasonably

5  necessary to carry out the terms of this settlement.

6

7  Dated: August  , 2007

        JUSTICE JAMES LARSON

8

9                 JAMES LARSON
              U.S. CHIEF MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ORDER APPROVING COMPROMISE OF PENDING ACTION FOR MINOR - Case No. C06-03342 WHA